■ In the Matter of the Claim of AMANDA J. BIONDO, Appellant. COMMISSIONER OF LABOR, Respondent. [982 NYS2d 807]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 10, 2012, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Decision affirmed. No opinion.

Lahtinen, J.P., Stein, Garry and Egan Jr., JJ., concur. Ordered that the decision is affirmed, without costs.